# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: BRIAN GRAINGER CONSTRUCTION INC. | § | Case No. 09-71081 |
| | § | |
| PLUMBING, TOPLINE | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 23, 2009.  The undersigned trustee was appointed on March 23, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                $_____48,011.50

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 9,691.50 |
| Administrative expenses | 2,088.67 |
| Bank service fees | 321.82 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $_____35,909.51 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 09/10/2009 and the deadline for filing governmental claims was 09/19/2009.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,511.25.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,511.25, for a total compensation of $5,511.25. [2]In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $856.53, for total expenses of $856.53.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2012            By: /s/JOSEPH D. OLSEN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-71081 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** BRIAN GRAINGER CONSTRUCTION INC. | **Filed (f) or Converted (c):** 04/09/09 (c) |
| | **§341(a) Meeting Date:** 05/20/09 |
| **Period Ending:** 02/01/12 | **Claims Bar Date:** 09/10/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 28 vacant lots located in the Township, areCo | 210,000.00 | 100,000.00 | | 20,399.00 | FA |
| 2 | Associated Bank checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | National Bank & Trust Co. checking account in ba | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Various receivables | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Tax refund - Value could possibly increase due t | 138,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | See Response to # 18 above. of every nature, inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 10 x 25 Job Site Trailer | 1,000.00 | 0.00 | | 500.00 | FA |
| 8 | 12 x 14 Job Site Trailer | 1,000.00 | 0.00 | | 500.00 | FA |
| 9 | 1973 Chevrolet Value Van 5.7L V8 | 500.00 | 0.00 | | 500.00 | FA |
| 10 | 1990 Steiger Bobcat Trailer | 300.00 | 0.00 | | 300.00 | FA |
| 11 | 1996 Ford F350 7.3L Diesel 12' Box Truck | 1,000.00 | 0.00 | | 1,000.00 | FA |
| 12 | 1996 Homemade Trailer | 150.00 | 0.00 | | 150.00 | FA |
| 13 | 1999 Dodge Ram 3500 5.9L Diesel 10' Box Truck<br>(See Footnote) | 490.00 | 0.00 | | 490.00 | FA |
| 14 | 1999 Ford F550 7.3L Diesel Flat bed Truck | 490.00 | 0.00 | | 490.00 | FA |
| 15 | 2001 Imperial Tilt Deck Trailer | 2,000.00 | 0.00 | | 1,000.00 | FA |
| 16 | 2002 Big Tex Gooseneck Trailer Model 22GN | 4,500.00 | 0.00 | | 3,500.00 | FA |
| 17 | 2005 Chevrolet 3500 Cargo Van 6.0L V8 | 8,070.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2006 Chevrolet Silverado W/T 5.3L V8 Doc 19 File | 5,870.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2006 Chevrolet Suburban 6.0L V8 | 19,950.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2007 Ford F550 4x4, 6.0L Diesel, 10' Utility bod | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Two 20" Steel Shipping Containers | 2,000.00 | 0.00 | | 500.00 | FA |
| 22 | Two Pace American Enclosed Trailers | 4,000.00 | 0.00 | | 2,500.00 | FA |
| 23 | Misc. Office Furniture | 700.00 | 0.00 | DA | 0.00 | FA |
| 24 | 1984 GMC Brigadier Dump Truck | 1,942.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1996 Bobcat X331 Mini Excavator | 4,419.52 | 0.00 | | 4,419.52 | FA |
| 26 | Amida Portable Light Tower | 1,500.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

Case Number: 09-71081

Case Name:   BRIAN GRAINGER CONSTRUCTION INC.

Period Ending: 02/01/12

Trustee:        (330400)    JOSEPH D. OLSEN

Filed (f) or Converted (c): 04/09/09 (c)

§341(a) Meeting Date: 05/20/09

Claims Bar Date: 09/10/09

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | oftw1999 Lull 8442C-42 | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | ms2000 Terex TB42 Manlift | 0.00 | 0.00 | DA | 0.00 | FA |
| 29 | Bobcat S300 Skid Steer | 7,290.70 | 0.00 | | 7,290.00 | FA |
| 30 | Curb Planer Attachment | 2,975.00 | 0.00 | | 2,975.00 | FA |
| 31 | Pallet Fork Attachment | 300.00 | 0.00 | | 300.00 | FA |
| 32 | Snow Bucket - 8' wide | 500.00 | 0.00 | | 85.48 | FA |
| 33 | Street Sweeper Broom Attachment | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 34 | ing,Bobcat Toothed Bucket | 400.00 | 0.00 | DA | 0.00 | FA |
| 35 | EZ-FGeneral Contracting tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 36 | tools used in business including, but not limite | 3,044.00 | 0.00 | DA | 0.00 | FA |
| 37 | Sale of equipment  (u) | 0.00 | Unknown | | 1,089.91 | FA |
| 38 | 28 Townhome, of DeKalb, IL and described with TI | 0.00 | 0.00 | DA | 0.00 | FA |
| 39 | Onl28 vacant lots located in the Township, areCo | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 40 | Associated Bank checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 41 | National Bank & Trust Co. checking account in ba | 0.00 | 0.00 | DA | 0.00 | FA |
| 42 | Various receivables | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 43 | Tax refund - Value could possibly increase due t | 138,000.00 | 0.00 | DA | 0.00 | FA |
| 44 | See Response to # 18 above. of every nature, inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 45 | 10 x 25 Job Site Trailer | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 46 | 12 x 14 Job Site Trailer | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 47 | 1973 Chevrolet Value Van 5.7L V8 | 500.00 | 0.00 | DA | 0.00 | FA |
| 48 | 1990 Steiger Bobcat Trailer | 300.00 | 0.00 | DA | 0.00 | FA |
| 49 | 1996 Ford F350 7.3L Diesel 12' Box Truck | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 50 | 1996 Homemade Trailer | 150.00 | 0.00 | DA | 0.00 | FA |
| 51 | 1999 Dodge Ram 3500 5.9L Diesel 10' Box Truck | 490.00 | 0.00 | DA | 0.00 | FA |
| 52 | 1999 Ford F550 7.3L Diesel Flat bed Truck | 490.00 | 0.00 | DA | 0.00 | FA |
| 53 | 2001 Imperial Tilt Deck Trailer | 2,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-71081  
Case Name:    BRIAN GRAINGER CONSTRUCTION INC.

Period Ending: 02/01/12

Trustee:    (330400)    JOSEPH D. OLSEN  
Filed (f) or Converted (c):    04/09/09 (c)  
§341(a) Meeting Date:    05/20/09  
Claims Bar Date:    09/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 54 | 2002 Big Tex Gooseneck Trailer Model 22GN | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 55 | 2005 Chevrolet 3500 Cargo Van 6.0L V8 | 8,070.00 | 0.00 | DA | 0.00 | FA |
| 56 | 2006 Chevrolet Silverado W/T 5.3L V8 OBRA | 5,870.00 | 0.00 | DA | 0.00 | FA |
| 57 | 2006 Chevrolet Suburban 6.0L V8 | 19,950.00 | 0.00 | DA | 0.00 | FA |
| 58 | 2007 Ford F550 4x4, 6.0L Diesel, 10' Utility bod | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 59 | Two 20" Steel Shipping Containers | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 60 | Two Pace American Enclosed Trailers | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 61 | Misc. Office Furniture | 700.00 | 0.00 | DA | 0.00 | FA |
| 62 | 1984 GMC Brigadier Dump Truck | 1,942.00 | 0.00 | DA | 0.00 | FA |
| 63 | 1996 Bobcat X331 Mini Excavator | 4,419.52 | 0.00 | DA | 0.00 | FA |
| 64 | Amida Portable Light Tower | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 65 | oftw1999 Lull 8442C-42 | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 66 | ms2000 Terex TB42 Manlift | 0.00 | 0.00 | DA | 0.00 | FA |
| 67 | Bobcat S300 Skid Steer | 7,290.70 | 0.00 | DA | 0.00 | FA |
| 68 | Curb Planer Attachment | 2,975.00 | 0.00 | DA | 0.00 | FA |
| 69 | Pallet Fork Attachment | 300.00 | 0.00 | DA | 0.00 | FA |
| 70 | Snow Bucket - 8' wide | 500.00 | 0.00 | DA | 0.00 | FA |
| 71 | Street Sweeper Broom Attachment | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 72 | ing,Bobcat Toothed Bucket | 400.00 | 0.00 | DA | 0.00 | FA |
| 73 | EZ-FGeneral Contracting tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 74 | tools used in business including, but not limite | 3,044.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 22.59 | Unknown |
| 75 | **Assets**    **Totals** (Excluding unknown values) | **$919,782.44** | **$100,000.00** | | **$48,011.50** | **$0.00** |

RE PROP# 13    Assets #39 through #74 are duplicative.

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-71081

Case Name:    BRIAN GRAINGER CONSTRUCTION INC.

Period Ending: 02/01/12

Trustee:        (330400)    JOSEPH D. OLSEN

Filed (f) or Converted (c): 04/09/09 (c)

§341(a) Meeting Date:    05/20/09

Claims Bar Date:    09/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

   28 vacant lots sold.  Preparing tax returns.  Need to review and object to proof of claims, if any.

Initial Projected Date Of Final Report (TFR):    December 31, 2010          Current Projected Date Of Final Report (TFR):       February 15, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71081 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | **-***6034 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | {37} | American Funds | replacement check (for?) | 1221-000 | 44.91 | | 44.91 |
| 06/05/09 | {37} | Ritchie Bros. Auctioneers | sale of 42" digging bucket by auctioneer | 1221-000 | 1,045.00 | | 1,089.91 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,089.94 |
| 07/28/09 | | Carol Mullis | Bulk purchase of tools & supplies | | | 26,500.00 | 27,589.94 |
| | {7} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {8} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {9} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {10} | | | 300.00 | 1129-000 | | 27,589.94 |
| | {11} | | | 1,000.00 | 1129-000 | | 27,589.94 |
| | {12} | | | 150.00 | 1129-000 | | 27,589.94 |
| | {13} | | | 490.00 | 1129-000 | | 27,589.94 |
| | {14} | | | 490.00 | 1129-000 | | 27,589.94 |
| | {15} | | | 1,000.00 | 1129-000 | | 27,589.94 |
| | {16} | | | 3,500.00 | 1129-000 | | 27,589.94 |
| | {21} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {22} | | | 2,500.00 | 1129-000 | | 27,589.94 |
| | {25} | | | 4,419.52 | 1129-000 | | 27,589.94 |
| | {29} | | | 7,290.00 | 1129-000 | | 27,589.94 |
| | {30} | | | 2,975.00 | 1129-000 | | 27,589.94 |
| | {31} | | | 300.00 | 1129-000 | | 27,589.94 |
| | {32} | | | 85.48 | 1129-000 | | 27,589.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 27,590.05 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,591.21 |
| 09/14/09 | | To Account #*******6366 | Pay for title search by Chicago Title | 9999-000 | | 946.00 | 26,645.21 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 26,646.31 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 26,647.39 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,648.51 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,649.63 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 26,650.68 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 26,651.69 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 26,652.88 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.68 | | 26,653.56 |
| 04/20/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -26,653.56 | | 0.00 |

| | | | | Subtotals : | $946.00 | $946.00 | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71081 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | **-***6034 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 946.00 | 946.00 | $0.00 |
| | | | Less: Bank Transfers | | -26,653.56 | 946.00 | |
| | | | **Subtotal** | | **27,599.56** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,599.56** | **$0.00** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-71081 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-66 - Checking Account |
| Taxpayer ID #: | **-***6034 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/09 | | From Account #*******6365 | Pay for title search by Chicago Title | 9999-000 | 946.00 | | 946.00 |
| 09/14/09 | 101 | Chicago Title Insurance Company | Pay Chicago Title - search | 2500-000 | | 946.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 946.00 | 946.00 | $0.00 |
| | | | Less: Bank Transfers | | 946.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 946.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $946.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-71081 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Money Market Account |
| Taxpayer ID #: | **-***6034 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | <br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | 9999-000 | 26,653.56 | | 26,653.56 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 26,654.12 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.58 | | 26,655.70 |
| 06/04/10 | | To Account #9200******6366 | Payment of bond premium | 9999-000 | | 22.10 | 26,633.60 |
| 06/08/10 | | To Account #9200******6366 | balance of bond premium | 9999-000 | | 1.70 | 26,631.90 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.53 | | 26,633.43 |
| 07/15/10 | | Ted Strack | purchase of lots in Cortland, IL | | 18,439.00 | | 45,072.43 |
| | {1} | | 20,000.00 | 1110-000 | | | 45,072.43 |
| | | | realtor's commission      -1,000.00 | 3510-000 | | | 45,072.43 |
| | | | Title insurance            -442.00 | 4110-000 | | | 45,072.43 |
| | | | County and transfer      -30.00<br>taxes | 4700-000 | | | 45,072.43 |
| | | | recording fees             -39.00 | 2500-000 | | | 45,072.43 |
| | | | CUF fees                   -50.00 | 2500-000 | | | 45,072.43 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.15 | | 45,074.58 |
| 08/02/10 | {1} | Chicago Title Insurance | reimbursement for over payment on title charges | 1180-002 | 399.00 | | 45,473.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.70 | | 45,476.28 |
| 09/10/10 | | To Account #9200******6366 | Pymt for release of Memo of Judgment (per Ct. Order 9/8/10) | 9999-000 | | 9,219.50 | 36,256.78 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 36,257.10 |
| 10/04/10 | | To Account #9200******6366 | Transfer funds to pay IRS adjustment charges | 9999-000 | | 22.42 | 36,234.68 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,234.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,235.27 |
| 12/07/10 | | To Account #9200******6366 | Period 12/31/09 - Tax Form 1041 | 9999-000 | | 15.54 | 36,219.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,220.03 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,220.33 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 36,220.60 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,220.90 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,221.19 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,221.49 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,221.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,222.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.47 | 36,152.61 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,152.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.21 | 36,068.70 |

Subtotals : | $45,503.64 | $9,434.94

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71081 |
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. |
| Taxpayer ID #: | **-***6034 |
| Period Ending: | 02/01/12 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******63-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.48 | 36,071.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,071.47 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.12 | 35,997.35 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,997.65 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.50 | 35,926.15 |
| 11/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.27 | | 35,926.42 |
| 11/29/11 | | To Account #9200******6366 | Prep. of F. Rpt | 9999-000 | | 35,926.42 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 45,504.50 | 45,504.50 | $0.00 |
| Less: Bank Transfers | 26,653.56 | 45,207.68 | |
| **Subtotal** | **18,850.94** | **296.82** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$18,850.94** | **$296.82** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71081 |
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. |
| Taxpayer ID #: | **-***6034 |
| Period Ending: | 02/01/12 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******63-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******6365 | Payment of bond premium | 9999-000 | 22.10 | | 22.10 |
| 06/04/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71081, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 22.10 | 0.00 |
| 06/07/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71081, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -22.10 | 22.10 |
| 06/08/10 | | From Account #9200******6365 | balance of bond premium | 9999-000 | 1.70 | | 23.80 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71081, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 23.80 | 0.00 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71081, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -23.80 | 23.80 |
| 06/08/10 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71081, Bond Premium #016018067 | 2300-000 | | 23.80 | 0.00 |
| 09/10/10 | | From Account #9200******6365 | Pymt for release of Memo of Judgment (per Ct. Order 9/8/10) | 9999-000 | 9,219.50 | | 9,219.50 |
| 09/10/10 | 10105 | Century Building Supply, Inc. | Per Ct. Order of 9/8/10 | 4120-000 | | 9,219.50 | 0.00 |
| 10/04/10 | | From Account #9200******6365 | Transfer funds to pay IRS adjustment charges | 9999-000 | 22.42 | | 22.42 |
| 10/04/10 | 10106 | Department of the Treasury | Payment of adjustment by IRS Voided on 02/09/11 | 2810-003 | | 22.42 | 0.00 |
| 12/07/10 | | From Account #9200******6365 | Period 12/31/09 - Tax Form 1041 | 9999-000 | 15.54 | | 15.54 |
| 12/07/10 | 10107 | United States Treasury | Tax Period: 12/31/09 - Form 1041 Voided on 12/09/10 | 2810-003 | | 15.54 | 0.00 |
| 12/09/10 | 10107 | United States Treasury | Tax Period: 12/31/09 - Form 1041 Voided: check issued on 12/07/10 | 2810-003 | | -15.54 | 15.54 |
| 02/09/11 | 10106 | Department of the Treasury | Payment of adjustment by IRS Voided: check issued on 10/04/10 | 2810-003 | | -22.42 | 37.96 |
| 06/01/11 | 10108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-71081, BOND #016018067 | 2300-000 | | 29.87 | 8.09 |
| 11/29/11 | | From Account #9200******6365 | Prep. of F. Rpt | 9999-000 | 35,926.42 | | 35,934.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 35,909.51 |

| | | | | Subtotals : | $45,207.68 | $9,298.17 | |

{} Asset reference(s)

Printed: 02/01/2012 07:43 AM    V.12.57

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-71081 | |
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. | |
| | | |
| Taxpayer ID #: | **-***6034 | |
| Period Ending: | 02/01/12 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******63-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 45,207.68 | 9,298.17 | $35,909.51 |
| | | | Less: Bank Transfers | | 45,207.68 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,298.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $9,298.17 | |

| | |
|---|---|
| Net Receipts : | 46,450.50 |
| Plus Gross Adjustments : | 1,561.00 |
| Less Other Noncompensable Items : | 399.00 |
| Net Estate : | $47,612.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****63-65 | 27,599.56 | 0.00 | 0.00 |
| Checking # ***-*****63-66 | 0.00 | 946.00 | 0.00 |
| MMA # 9200-******63-65 | 18,850.94 | 296.82 | 0.00 |
| Checking # 9200-******63-66 | 0.00 | 9,298.17 | 35,909.51 |
| | $46,450.50 | $10,540.99 | $35,909.51 |

## Claims Proposed Distribution

### Case:  09-71081    BRIAN GRAINGER CONSTRUCTION INC.

| Case Balance: | $35,909.51 | Total Proposed Payment: | $35,909.51 | Remaining Balance: | $0.00 |
| --- | --- | --- | --- | --- | --- |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10 | Center Capital Corporation | Secured | 178,481.06 | 0.00 | 0.00 | 0.00 | 0.00 | 35,909.51 |
| 39S | Illinois Department of Employment Security | Secured | 24,293.95 | 0.00 | 0.00 | 0.00 | 0.00 | 35,909.51 |
| | JOSEPH D. OLSEN <2200-00  Trustee Expenses> | Admin Ch.  7 | 856.53 | 856.53 | 0.00 | 856.53 | 856.53 | 35,052.98 |
| | JOSEPH D. OLSEN <2100-00  Trustee Compensation> | Admin Ch.  7 | 5,511.25 | 5,511.25 | 0.00 | 5,511.25 | 5,511.25 | 29,541.73 |
| | Yalden, Olsen & Willette <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch.  7 | 6,491.25 | 6,491.25 | 0.00 | 6,491.25 | 6,491.25 | 23,050.48 |
| | Office of the United States Trustee <2990-00  Other Chapter 7 Administrative Expenses> | Admin Ch.  7 | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 | 22,400.48 |
| NOTFILED | City Of DeKalb | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,400.48 |
| NOTFILED | Illinois Envinronmental Protection Division Of Water Polluti | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,400.48 |
| NOTFILED | Town Of Cortland | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,400.48 |
| 33 | Internal Revenue Service | Priority | 169,409.99 | 0.00 | 0.00 | 0.00 | 0.00 | 22,400.48 |
| 33P-2 | Internal Revenue Service | Priority | 19,209.05 | 0.00 | 0.00 | 0.00 | 0.00 | 22,400.48 |
| 33P-3 | Internal Revenue Service | Priority | 19,209.05 | 0.00 | 0.00 | 0.00 | 0.00 | 22,400.48 |
| 33P-4 | Internal Revenue Service | Priority | 19,209.05 | 19,209.05 | 0.00 | 19,209.05 | 10,889.34 | 11,511.14 |
| 39P | Illinois Department of Employment Security | Priority | 16,575.39 | 16,575.39 | 0.00 | 16,575.39 | 9,396.35 | 2,114.79 |
| 40 | Illinois Department of Employment Security | Priority | 3,730.54 | 3,730.54 | 0.00 | 3,730.54 | 2,114.79 | 0.00 |
| 42 | Internal Revenue Service | Priority | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43 | Illinois Department of Revenue | Priority | 16,751.00 | | | | | |
| 56 | Troy Vonderheide | Priority | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | National Bank & Trust | Unsecured | 360.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 -2 | National Bank & Trust | Unsecured | 360.87 | 360.87 | 0.00 | 360.87 | 0.00 | 0.00 |
| 2 | National Bank & Trust | Unsecured | 3,504.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 -2 | National Bank & Trust | Unsecured | 3,504.72 | 3,504.72 | 0.00 | 3,504.72 | 0.00 | 0.00 |
| 3 | National Bank & Trust | Unsecured | 1,736.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 -2 | National Bank & Trust | Unsecured | 1,736.58 | 1,736.58 | 0.00 | 1,736.58 | 0.00 | 0.00 |
| 4 | RSC Equipment Rental | Unsecured | 1,318.60 | 1,318.60 | 0.00 | 1,318.60 | 0.00 | 0.00 |
| 5 | Rochelle News-Leader | Unsecured | 803.97 | 803.97 | 0.00 | 803.97 | 0.00 | 0.00 |

Case 09-71081 Doc 72 Filed 02/09/12 Entered 02/09/12 16:28:39 Desc Main
Document Page 15 of 21
Printed: 02/01/12 07:43 AM

Page: 2

# Claims Proposed Distribution

## Case: 09-71081 BRIAN GRAINGER CONSTRUCTION INC.

**Case Balance:** $35,909.51     **Total Proposed Payment:** $35,909.51     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| 6 | Frankenmuth Insurance | Unsecured | 3,700.00 | 3,700.00 | 0.00 | 3,700.00 | 0.00 | 0.00 |
| 7 | Vulcan Materials Company | Unsecured | 5,019.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | Rochelle Disposal Service Inc | Unsecured | 1,194.17 | 1,194.17 | 0.00 | 1,194.17 | 0.00 | 0.00 |
| 9 | Lease Corporation of America | Unsecured | 5,773.04 | 5,773.04 | 0.00 | 5,773.04 | 0.00 | 0.00 |
| 11 -2 | GMAC | Unsecured | 5,193.00 | 5,193.00 | 0.00 | 5,193.00 | 0.00 | 0.00 |
| 12 | Connor Company Corporate Office | Unsecured | 25,745.27 | 25,745.27 | 0.00 | 25,745.27 | 0.00 | 0.00 |
| 13 | Accident Fund Insurance Co | Unsecured | 642.93 | 642.93 | 0.00 | 642.93 | 0.00 | 0.00 |
| 14 | TCS Computers | Unsecured | 5,116.77 | 5,116.77 | 0.00 | 5,116.77 | 0.00 | 0.00 |
| 15 | MBC Financial | Unsecured | 10,661.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | Shaw Suburban Media | Unsecured | 1,699.38 | 1,699.38 | 0.00 | 1,699.38 | 0.00 | 0.00 |
| 17 | Lawson Products, Inc Corporate Headquarters | Unsecured | 963.55 | 963.55 | 0.00 | 963.55 | 0.00 | 0.00 |
| 18 | Acuity | Unsecured | 4,696.00 | 4,696.00 | 0.00 | 4,696.00 | 0.00 | 0.00 |
| 19 | 84 Lumber | Unsecured | 22,373.88 | 22,373.88 | 0.00 | 22,373.88 | 0.00 | 0.00 |
| 20 | Northern Illinois Disposal | Unsecured | 158.71 | 158.71 | 0.00 | 158.71 | 0.00 | 0.00 |
| 21 | Yellow Book USA | Unsecured | 4,895.00 | 4,895.00 | 0.00 | 4,895.00 | 0.00 | 0.00 |
| 23 | Dave & Rebecca Myroth | Unsecured | 1,000.32 | 1,000.32 | 0.00 | 1,000.32 | 0.00 | 0.00 |
| 24 | ComEd Co. | Unsecured | 5,508.24 | 5,508.24 | 0.00 | 5,508.24 | 0.00 | 0.00 |
| 25 | Thomas Chase | Unsecured | 5,850.12 | 5,850.12 | 0.00 | 5,850.12 | 0.00 | 0.00 |
| 26 | T Mobile USA Inc | Unsecured | 3,198.96 | 3,198.96 | 0.00 | 3,198.96 | 0.00 | 0.00 |
| 27 | Wendler Engineering Services, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 -2 | Wendler Engineering Services, Inc. | Unsecured | 33,881.59 | 33,881.59 | 0.00 | 33,881.59 | 0.00 | 0.00 |
| 29 | WDEK-FM Radio | Unsecured | 5,024.00 | 5,024.00 | 0.00 | 5,024.00 | 0.00 | 0.00 |
| 30 | Rockford Auto Glass | Unsecured | 5,931.42 | 5,931.42 | 0.00 | 5,931.42 | 0.00 | 0.00 |
| 31 | Royer Asphalt Paving | Unsecured | 4,288.00 | 4,288.00 | 0.00 | 4,288.00 | 0.00 | 0.00 |
| 32 | Accident Fund Insurance Co | Unsecured | 642.93 | 642.93 | 0.00 | 642.93 | 0.00 | 0.00 |
| 33U-2 | Internal Revenue Service | Unsecured | 25,166.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33U-3 | Internal Revenue Service | Unsecured | 25,166.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33U-4 | Internal Revenue Service | Unsecured | 25,166.61 | 25,166.61 | 0.00 | 25,166.61 | 0.00 | 0.00 |
| 34 | JD Insulation | Unsecured | 22,353.00 | 22,353.00 | 0.00 | 22,353.00 | 0.00 | 0.00 |
| 35 | Mueller & Co LLP | Unsecured | 12,250.00 | 12,250.00 | 0.00 | 12,250.00 | 0.00 | 0.00 |
| 36 | Sycamore Carpetland | Unsecured | 6,119.69 | 6,119.69 | 0.00 | 6,119.69 | 0.00 | 0.00 |
| 37 | Gary Weber Assoc., Inc | Unsecured | 4,058.14 | 4,058.14 | 0.00 | 4,058.14 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case: 09-71081   BRIAN GRAINGER CONSTRUCTION INC.

| Case Balance: | $35,909.51 | Total Proposed Payment: | $35,909.51 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 38 | Vulcan Materials Company | Unsecured | 5,086.28 | 5,086.28 | 0.00 | 5,086.28 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | Unsecured | 1,130.00 | 1,130.00 | 0.00 | 1,130.00 | 0.00 | 0.00 |
| 41 | Michael Storandt | Unsecured | 3,744.00 | 3,744.00 | 0.00 | 3,744.00 | 0.00 | 0.00 |
| 44 | Town of Cortland | Unsecured | 1,783.37 | 1,783.37 | 0.00 | 1,783.37 | 0.00 | 0.00 |
| 45 | Town of Cortland | Unsecured | 1,253.56 | 1,253.56 | 0.00 | 1,253.56 | 0.00 | 0.00 |
| 46 | Hintzsche Oil | Unsecured | 42,139.19 | 42,139.19 | 0.00 | 42,139.19 | 0.00 | 0.00 |
| 47 | Carol Mullis | Unsecured | 14,000.00 | 14,000.00 | 0.00 | 14,000.00 | 0.00 | 0.00 |
| 48 | Fastenal Company | Unsecured | 331.14 | 331.14 | 0.00 | 331.14 | 0.00 | 0.00 |
| 50 | Cash Recovery LLC | Unsecured | 47,812.40 | 47,812.40 | 0.00 | 47,812.40 | 0.00 | 0.00 |
| 51 | Illinois Environmental Protection | Unsecured | 514.51 | 514.51 | 0.00 | 514.51 | 0.00 | 0.00 |
| 52 | Illinois Environmental Protection | Unsecured | 514.51 | 514.51 | 0.00 | 514.51 | 0.00 | 0.00 |
| 53 | Verizon Wireless | Unsecured | 2,784.76 | 2,784.76 | 0.00 | 2,784.76 | 0.00 | 0.00 |
| 54 | John Bogaert | Unsecured | 2,363.00 | 2,363.00 | 0.00 | 2,363.00 | 0.00 | 0.00 |
| NOTFILED | City Of DeKalb | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Illinois Envinronmental Protection Division Of Water Polluti | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Town Of Cortland | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55 | Troy Vonderheide | Unsecured | 3,664.50 | 3,664.50 | 0.00 | 3,664.50 | 0.00 | 0.00 |
| 57 | Stock Building Supply | Unsecured | 2,722.29 | 2,722.29 | 0.00 | 2,722.29 | 0.00 | 0.00 |
| 58 | Financial Management Services, Inc. | Unsecured | 8,467.34 | 8,467.34 | 0.00 | 8,467.34 | 0.00 | 0.00 |
| 59 | Century Building Supply | Unsecured | 11,810.65 | 11,810.65 | 0.00 | 11,810.65 | 0.00 | 0.00 |
| 49 | Marcia Thompson | Secured | 36,414.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case:   09-71081   BRIAN GRAINGER CONSTRUCTION INC.

**Case Balance:**  $35,909.51     **Total Proposed Payment:**  $35,909.51     **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| | Total for Case 09-71081 : | | $1,113,679.26 | $428,294.97 | $0.00 | $428,294.97 | $35,909.51 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|--------------|----------------|--------------|------------------|--------|
| Total Administrative Claims : | $13,509.03 | $13,509.03 | $0.00 | $13,509.03 | 100.000000% |
| Total Priority Claims : | $414,094.07 | $39,514.98 | $0.00 | $22,400.48 | 56.688577% |
| Total Secured Claims : | $239,189.71 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $446,886.45 | $375,270.96 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-71081
Case Name: BRIAN GRAINGER CONSTRUCTION INC.
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**                            $            35,909.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| 10 | Center Capital Corporation | 178,481.06 | 0.00 | 0.00 | 0.00 |
| 39S | Illinois Department of Employment Security | 24,293.95 | 0.00 | 0.00 | 0.00 |
| 49 | Marcia Thompson | 36,414.70 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $             0.00
Remaining balance:                                $            35,909.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - JOSEPH D. OLSEN | 5,511.25 | 0.00 | 5,511.25 |
| Trustee, Expenses - JOSEPH D. OLSEN | 856.53 | 0.00 | 856.53 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 6,491.25 | 0.00 | 6,491.25 |
| Other Expenses: Office of the United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses:     $       13,509.03
Remaining balance:                                                          $       22,400.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $             0.00
Remaining balance:                                                             $       22,400.48

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $39,514.98 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 33P-4 | Internal Revenue Service | 19,209.05 | 0.00 | 10,889.34 |
| 39P | Illinois Department of Employment Security | 16,575.39 | 0.00 | 9,396.35 |
| 40 | Illinois Department of Employment Security | 3,730.54 | 0.00 | 2,114.79 |

Total to be paid for priority claims:  $  22,400.48
Remaining balance:  $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 348,606.18 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | National Bank & Trust | 360.87 | 0.00 | 0.00 |
| 2 -2 | National Bank & Trust | 3,504.72 | 0.00 | 0.00 |
| 3 -2 | National Bank & Trust | 1,736.58 | 0.00 | 0.00 |
| 4 | RSC Equipment Rental | 1,318.60 | 0.00 | 0.00 |
| 5 | Rochelle News-Leader | 803.97 | 0.00 | 0.00 |
| 6 | Frankenmuth Insurance | 3,700.00 | 0.00 | 0.00 |
| 8 | Rochelle Disposal Service Inc | 1,194.17 | 0.00 | 0.00 |
| 9 | Lease Corporation of America | 5,773.04 | 0.00 | 0.00 |
| 11 -2 | GMAC | 5,193.00 | 0.00 | 0.00 |
| 12 | Connor Company Corporate Office | 25,745.27 | 0.00 | 0.00 |
| 13 | Accident Fund Insurance Co | 642.93 | 0.00 | 0.00 |
| 14 | TCS Computers | 5,116.77 | 0.00 | 0.00 |
| 16 | Shaw Suburban Media | 1,699.38 | 0.00 | 0.00 |
| 17 | Lawson Products, Inc Corporate Headquarters | 963.55 | 0.00 | 0.00 |
| 18 | Acuity | 4,696.00 | 0.00 | 0.00 |
| 19 | 84 Lumber | 22,373.88 | 0.00 | 0.00 |
| 20 | Northern Illinois Disposal | 158.71 | 0.00 | 0.00 |

| 21 | Yellow Book USA | 1,984.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 23 | Dave & Rebecca Myroth | 1,000.32 | 0.00 | 0.00 |
| 24 | ComEd Co. | 5,508.24 | 0.00 | 0.00 |
| 25 | Thomas Chase | 5,850.12 | 0.00 | 0.00 |
| 26 | T Mobile USA Inc | 3,198.96 | 0.00 | 0.00 |
| 28 -2 | Wendler Engineering Services, Inc. | 33,881.59 | 0.00 | 0.00 |
| 29 | WDEK-FM Radio | 5,024.00 | 0.00 | 0.00 |
| 30 | Rockford Auto Glass | 5,931.42 | 0.00 | 0.00 |
| 31 | Royer Asphalt Paving | 4,288.00 | 0.00 | 0.00 |
| 32 | Accident Fund Insurance Co | 642.93 | 0.00 | 0.00 |
| 33U-4 | Internal Revenue Service | 25,166.61 | 0.00 | 0.00 |
| 34 | JD Insulation | 22,353.00 | 0.00 | 0.00 |
| 35 | Mueller & Co LLP | 12,250.00 | 0.00 | 0.00 |
| 36 | Sycamore Carpetland | 6,119.69 | 0.00 | 0.00 |
| 37 | Gary Weber Assoc., Inc | 4,058.14 | 0.00 | 0.00 |
| 38 | Vulcan Materials Company | 5,086.28 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | 1,130.00 | 0.00 | 0.00 |
| 41 | Michael Storandt | 3,744.00 | 0.00 | 0.00 |
| 44 | Town of Cortland | 1,783.37 | 0.00 | 0.00 |
| 45 | Town of Cortland | 1,253.56 | 0.00 | 0.00 |
| 46 | Hintzsche Oil | 42,139.19 | 0.00 | 0.00 |
| 47 | Carol Mullis | 14,000.00 | 0.00 | 0.00 |
| 48 | Fastenal Company | 331.14 | 0.00 | 0.00 |
| 50 | Cash Recovery LLC | 47,812.40 | 0.00 | 0.00 |
| 51 | Illinois Environmental Protection | 514.51 | 0.00 | 0.00 |
| 52 | Illinois Environmental Protection | 514.51 | 0.00 | 0.00 |
| 53 | Verizon Wireless | 2,784.76 | 0.00 | 0.00 |
| 54 | John Bogaert | 2,363.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 26,664.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 55 | Troy Vonderheide | 3,664.50 | 0.00 | 0.00 |
| 57 | Stock Building Supply | 2,722.29 | 0.00 | 0.00 |
| 58 | Financial Management Services, Inc. | 8,467.34 | 0.00 | 0.00 |
| 59 | Century Building Supply | 11,810.65 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $          0.00

Remaining balance:   $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:  $          0.00

Remaining balance:   $          0.00