# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BRIAN GRAINGER CONSTRUCTION INC. | § | Case No. 09-71081 |
| | § | |
| PLUMBING, TOPLINE | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/14/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 01/31/2012          By: /s/JOSEPH D. OLSEN
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: BRIAN GRAINGER CONSTRUCTION INC. | § Case No. 09-71081 |
| | § |
| PLUMBING, TOPLINE | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 48,011.50 |
| *and approved disbursements of* | $ 12,101.99 |
| *leaving a balance on hand of* [1] | $ 35,909.51 |
| **Balance on hand:** | $ 35,909.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Center Capital Corporation | 178,481.06 | 0.00 | 0.00 | 0.00 |
| 39S | Illinois Department of Employment Security | 24,293.95 | 0.00 | 0.00 | 0.00 |
| 49 | Marcia Thompson | 36,414.70 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 35,909.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 5,511.25 | 0.00 | 5,511.25 |
| Trustee, Expenses - JOSEPH D. OLSEN | 856.53 | 0.00 | 856.53 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 6,491.25 | 0.00 | 6,491.25 |
| Other Expenses: Office of the United States Trustee | 650.00 | 0.00 | 650.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,509.03 |
| Remaining balance: | $ 22,400.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,400.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,514.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 33P-4 | Internal Revenue Service | 19,209.05 | 0.00 | 10,889.34 |
| 39P | Illinois Department of Employment Security | 16,575.39 | 0.00 | 9,396.35 |
| 40 | Illinois Department of Employment Security | 3,730.54 | 0.00 | 2,114.79 |

Total to be paid for priority claims: $ 22,400.48
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 348,606.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | National Bank & Trust | 360.87 | 0.00 | 0.00 |
| 2 -2 | National Bank & Trust | 3,504.72 | 0.00 | 0.00 |
| 3 -2 | National Bank & Trust | 1,736.58 | 0.00 | 0.00 |
| 4 | RSC Equipment Rental | 1,318.60 | 0.00 | 0.00 |
| 5 | Rochelle News-Leader | 803.97 | 0.00 | 0.00 |
| 6 | Frankenmuth Insurance | 3,700.00 | 0.00 | 0.00 |
| 8 | Rochelle Disposal Service Inc | 1,194.17 | 0.00 | 0.00 |
| 9 | Lease Corporation of America | 5,773.04 | 0.00 | 0.00 |
| 11 -2 | GMAC | 5,193.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 12 | Connor Company Corporate Office | 26,745.37 | 0.00 | 0.00 |
| 13 | Accident Fund Insurance Co | 642.93 | 0.00 | 0.00 |
| 14 | TCS Computers | 5,116.77 | 0.00 | 0.00 |
| 16 | Shaw Suburban Media | 1,699.38 | 0.00 | 0.00 |
| 17 | Lawson Products, Inc Corporate Headquarters | 963.55 | 0.00 | 0.00 |
| 18 | Acuity | 4,696.00 | 0.00 | 0.00 |
| 19 | 84 Lumber | 22,373.88 | 0.00 | 0.00 |
| 20 | Northern Illinois Disposal | 158.71 | 0.00 | 0.00 |
| 21 | Yellow Book USA | 4,895.00 | 0.00 | 0.00 |
| 23 | Dave & Rebecca Myroth | 1,000.32 | 0.00 | 0.00 |
| 24 | ComEd Co. | 5,508.24 | 0.00 | 0.00 |
| 25 | Thomas Chase | 5,850.12 | 0.00 | 0.00 |
| 26 | T Mobile USA Inc | 3,198.96 | 0.00 | 0.00 |
| 28 -2 | Wendler Engineering Services, Inc. | 33,881.59 | 0.00 | 0.00 |
| 29 | WDEK-FM Radio | 5,024.00 | 0.00 | 0.00 |
| 30 | Rockford Auto Glass | 5,931.42 | 0.00 | 0.00 |
| 31 | Royer Asphalt Paving | 4,288.00 | 0.00 | 0.00 |
| 32 | Accident Fund Insurance Co | 642.93 | 0.00 | 0.00 |
| 33U-4 | Internal Revenue Service | 25,166.61 | 0.00 | 0.00 |
| 34 | JD Insulation | 22,353.00 | 0.00 | 0.00 |
| 35 | Mueller & Co LLP | 12,250.00 | 0.00 | 0.00 |
| 36 | Sycamore Carpetland | 6,119.69 | 0.00 | 0.00 |
| 37 | Gary Weber Assoc., Inc | 4,058.14 | 0.00 | 0.00 |
| 38 | Vulcan Materials Company | 5,086.28 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | 1,130.00 | 0.00 | 0.00 |
| 41 | Michael Storandt | 3,744.00 | 0.00 | 0.00 |
| 44 | Town of Cortland | 1,783.37 | 0.00 | 0.00 |
| 45 | Town of Cortland | 1,253.56 | 0.00 | 0.00 |
| 46 | Hintzsche Oil | 42,139.19 | 0.00 | 0.00 |
| 47 | Carol Mullis | 14,000.00 | 0.00 | 0.00 |
| 48 | Fastenal Company | 331.14 | 0.00 | 0.00 |
| 50 | Cash Recovery LLC | 47,812.40 | 0.00 | 0.00 |
| 51 | Illinois Environmental Protection | 514.51 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 52 | Illinois Environmental | | 0.00 | 0.00 |
| 53 | Verizon Wireless | 2,784.76 | 0.00 | 0.00 |
| 54 | John Bogaert | 2,363.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $    0.00
Remaining balance:                                   $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 26,664.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 55 | Troy Vonderheide | 3,664.50 | 0.00 | 0.00 |
| 57 | Stock Building Supply | 2,722.29 | 0.00 | 0.00 |
| 58 | Financial Management Services, Inc. | 8,467.34 | 0.00 | 0.00 |
| 59 | Century Building Supply | 11,810.65 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $    0.00
Remaining balance:                                  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:                        $    0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                         Case No. 09-71081-MB
Brian Grainger Construction Inc.                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith          Page 1 of 5                Date Rcvd: Feb 10, 2012
                             Form ID: pdf006         Total Noticed: 140

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2012.

```
db         #+Brian Grainger Construction Inc.,    417 N Charles St.,    Cortland, IL 60112-4111
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
13687301    +84 Lumber,    c/o Teller, Levit & Silvertrust P C,    11 E Adams St #800,    Chicago, IL 60603-6324
13687350     ARM Sollutions Inc,    POB 2929,    Camarillo CA 93011-2929
13687375     Access Receivables,    Mary Wolfe,    One Mutual Ave,    Frankenmuth, MI 48787-0001
13854894     Accident Fund Insurance Co,    252 S Capitol Ave,    Lansing, MI 48933
13687364     Accident Fund Insurance Co,    252 S Capital Ave,    Lansing, MI 48933
13687351    +Acuity,    2800 S Taylor Sr,    Sheboygan WI 53081-8474
13812921    +Acuity,    c/o Kohner Mann & Kailas s.c.,    Washington Building, Barnabas Business C,
              4650 N Port Washington Road,    Milwukee, WI 53212-1991
13687538    +Adrian Chavarria,    10109 Lawrence Ct,    Oak Lawn IL 60453-3850
13687333    +Amateur Sports Promotion,    POB 712,    Quincy IL 62306-0712
13687369    +American National Tax & Payroll,    124 S Main St,    Sycamore IL 60178-1822
13687376    +American Recovery Systems Inc,    1699 Wall St.,    Suite 300,    Mt Prospect IL 60056-5778
13687326    +Atradius Collections,    Kim Groberski,    1200 Arlington Heights Road Suite 410,
              Itasca IL 60143-3109
13854896    +Bank of The West,    c/o Atty Douglas Holloway,    201 Bennington Street,
              San Francisco, CA 94110-5513
13687352    +Blackhawk DeKalb LLC,    633 Enterprise Ave., Suite #1,    DeKalb IL 60115-7913
13854897    +Brinks Home Security,    P O Box 70834,    Charlotte, NC 28272-0834
13687354     Brinks Home Security Inc,    POB 152235,    Irving TX 75015-2235
13687314     Capital One Bank,    POB 30285,    Salt Lake City UT 84130-0285
13687311    +Carol Mullis,    40 W Edward ST,    Lombard IL 60148-3853
13687389    +Cash Recovery LLC,    POB 64599,    Chicago IL 60664-0599
13761436    +Center Capital Corporation,    Dennis A. Dressler & Christian J. Jorgen,    Dressler  Peters, LLC,
              111 West Washington Street, Suite 1900,    Chicago, IL 60602-2713
13686026    +Center Capital Corporation,    POB 330,    Hartford CT 06141-0330
13687400    +Century Building Supply,    600 Boylston St,    Rockford IL 61111-5907
13687312    +Century Building Supply,    c/o Theodore Liebovich,    P O Box 6066,    415 S Mulford,
              Rockford, IL 61108-3011
13687373    +Chad Riner,    209 Chestnut Lane,    Bolingbrook IL 60490-1004
13687303    +Christian J Jorgensen/Dressler & Peters,    111 W Washington St., Suite 1900,
              Chicago IL 60602-2713
13854898    +CitiFinancial,    1812 Sycamore Road,    DeKalb, IL 60115-2004
13687530    +City of DeKalb,    200 S Fourth St,    DeKalb IL 60115-3720
13687356    +Comcast,    POB 3001,    Southeastern PA 19398-3001
13686030    +Connor Company Corporate Office,    2800 N.E. Adams St,    Peoria IL 61603-2806
13687345    +Copy Service, Inc.,    1005 W Lincoln Hwy,    DeKalb IL 60115-3019
13687361     Credit Protection Assoc. L.P.,    POB 802068,    Dallas TX 75380-2068
13687535    +Cynthia Smith,    9N668 Bowes Bend Dr,    Elgin IL 60124-8328
13687540    +Dave & Rebecca Myroth,    10499 E Kuehl Court,    Rochelle IL 61068-9752
13687346    +DeKalb County Self Storage Inc,    1005 W Lincoln Hwy,    DeKalb IL 60115-3019
13687358    +Destiny Health,    3577 Collections Center Dr,    Chicago IL 60693-0035
13687388     Diversified Consultants, Inc,    POB 551268,    Jacksonville FL 32255-1268
13687536    +Doug and Denise Hopman,    6605 Majestic Way,    Carpentersville IL 60110-3439
13854893    +Dressler & Peters,    Christian J Jorgensen,    111 W Washington St Suite 2900,
              Chicago, IL 60602-2703
13687324    +Euler Hermes UMA,    Don Paper,    600 S 7th St,    Loursville Ky 40203-1968
14473746    +Financial Management Services, Inc.,    c/o Grochocinski Grochocinski & Lloyd, L,
              1900 Ravinia Place,    Orland Park, IL 60462-3760
13687381     Financial Pacific Leasing LLC,    3455 S 344th Way, #300,    Federal Way WA 98001-9546
13687360     Fulbright & Associates,    Shawn C Fulbright,    Thomas R Jakeway,    POB 1510,
              Rockford IL 61110-0010
13687337     Fulbright & Associates,    Shawn Fulbright,    1707 E State ST,    POB 1510,
              Rockford IL 61110-0010
13766539    +GMAC,    PO Box 130424,    Roseville, MN 55113-0004
13687392     GMAC,    POB 380901,    Bloomington MN 55438-0901
13687325     Genreal Auditing Bureau,    J. Kline,    POB 9658,    Minneapolis MN 55440-9658
13687355     Gordon Flesch Company Inc,    2675 Research Park DR,    Madison WI 53711-4906
13687320    +Gordon's Hardware,    514 E Lincoln Hwy,    DeKalb Il 60115-3800
13686029    +Graphic Matters,    1543 Moluf St,    DeKalb IL 60115-8911
13687319     HD Supply Water Works,    POB 91036,    Chicago IL 60693-1036
13687370    +Hank Best,    5115 New Haven,    Plainfield IL 60544-5752
13687532    +Hanley Wood Market Intelligence,    426 S Westgate St,    Addison IL 60101-4529
13686028    +Hintzsche Oil,    c/o Klein Stoddard Buck Waller & Lewis L,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
13687541    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Springfield IL 62726-0001)
13687331     Idearc Media,    POB 610830,    DFW,    Airport, TX 75261-0830
14272811    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13687526    +Illinois Environmental Protection,    Division of Water Pollution Control,    1021 N Grand Ave East,
              Springfield IL 62702-4059
13687309    +JD Insulation,    2601 Pleasantview Ave,    Rockford IL 61108-7471
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 5               Date Rcvd: Feb 10, 2012
                              Form ID: pdf006             Total Noticed: 140

13687306     +John Peters,    1524 Brentwood Dr,    Sycamore IL 60178-1085
13687307     +Law Office of Michael P Coghlan LLC,    1958 Aberdeen Court Suite 2,    Sycamore IL 60178-3175
13687367     +Law Office of Michael P Coghlan, LLC,    1958 Aberdeen Ct. Suite 2,    Sycamore IL 60178-3175
13687322      Lawson Products, Inc Corporate Headquarters,    1666 E Touhy Ave,    Des Plaines IL 60018-3683
13750712     +Lease Corporation of America,    3150 Livernois, Ste 300,    Troy, MI 48083-5000
13687382      Lease Corporation on America,    POB 1297,    Troy MI 48099-1297
14367160     +Marcia Thompson,    Graphic Matters,    1543 Moluf St.,    DeKalb, IL 60115-8911
13687318     +Mark Grochocinski,    1900 Ravinia Place,    Orland Park IL 60462-3760
13687372     +Matt Personette,    Prudential American Heritage,    25 Turner Ave,
               Elk Grove Village IL 60007-3951
13686027      Menard's,    HSBC Business Solutions,    POB 4160,    Carol Stream IL 60197-4160
13687329     +Metrolift,    679 Heartland Dr,    Sugar Grove IL 60554-9594
13687543     +Michael Storandt,    425 Terrace Dr,    Sycamore IL 60178-1926
13687302     +Mueller & Co LLP,    2230 POint Blvd., Suite 700,    Elgin IL 60123-9205
13687391     +National Bank & Trust,    230 W State St,    Sycamore IL 60178-1489
13687377     +Nextel,    Sprint Customer Service,    POB 8077,    London KY 40742-8077
13854900      Nicoar,    P O Box 0632,    Aurora, IL 60507-0632
13687343      Northern Illinois Disposal,    POB 206,    Waterman IL 60556-0206
13869284     +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
13687363      Pekin Insurance Co,    2505 Court St,    Pekin IL 61558-0001
13687380     +Pentech Financial Services Inc,    POB 712492,    Cincinnati OH 45271-0001
13687313     +Pro-Power,    1001 Warrenville Rd,    Suite 210,    Lisle IL 60532-1393
13687317     +RMS,    4836 Brecksville Rd,    POB 509,    Richfield OH 44286-0509
13687362     +RPM,    20816 44th Ave W,    Lynnwood WA 98036-7799
13687334     +Rauch-Milliken International Inc,    Mason Avery,    POB 8390,    Metairie LA 70011-8390
13687528     +Rent.com,    2425 Olympic Blvd Suite 400E,    Santa Monica CA 90404-4026
13687525     +Rochelle Disposal Service Inc,    POB 268,    Rochelle IL 61068-0268
13687522     +Rochelle Municipal Utilities,    333 Lincoln Hwy,    Rochelle IL 61068-1684
13687341     +Rochelle News-Leader,    211 Hwy 38 East,    POB 46,    Rochelle IL 61068-0046
13687395     +Rockford Auto Glass,    5401 E State St,    Rockford IL 61108-2902
13687323     +Rockford Industrial Welding Supply Inc,    4646 Linden Rd,    Rockford IL 61109-3300
13687523     +Royer Asphalt Paving,    2220 County Farm Rd,    DeKalb IL 60115-9401
13687537     +Scott & Sophia Hopman,    2942 Becket Ave,    Westchester IL 60154-5619
13687308      Scott Vitkus & Ramona Lezcano,    319 Samuel Alden Dr,    Sycamore IL 60178
13687310      Sears Commercial One,    POB 689131,    Des Moines IA 50368-9131
13687353     +Service Gas,    17742 Somonauk Rd,    POB 577,    Cortland IL 60112-0577
13687338      Shaw Suburban Media,    POB 250,    Crystal Lake IL 60039-0250
13687305     +Smith & Tucker LLC,    1958 Aberdeen Court Suite 1,    Sycamore IL 60178-3175
13687347     +Smith & Tucker LLC,    1958 Aberdeen Ct. Suite 1,    Sycamore IL 60178-3175
13687349     +Smith Wikes & Associates P.C.,    513 W State St,    Sycamore IL 60178-1327
13687366     +State Farm,    One State Farm Plaza,    Bloomington IL 61710-0001
13687371     +Sterling United,    POB 300639,    Fern Park FL 32730-0639
13686031     +Supply Co,    694 Heartland Dr,    Sugar Grove IL 60554-9587
13687328     +Supply Company,    230 W Stephanie Dr,    Cortland IL 60112-4082
13687316     +Sycamore Carpetland,    1719 DeKalb Ave,    Sycamore IL 60178-2707
13687336     +Szabo Associates Inc,    Michael Peterson,    3355 Lenox Rd N.E.,    9th Floor,
               Atlanta GA 30326-1395
13911241      T Mobile USA Inc,    Attn: Bankruptcy Dept.,    PO Box 53410,    Bellevue, Wa 98015-3410
13687379      T-Mobile,    Customer Relations,    POB 37380,    Albuquerque NM 87176-7380
13687342     +TCS Computers,    709 N 12th St,    DeKalb IL 60115-3515
13687542     +Thomas Chase,    574 N McLean Blvd #2B,    Elgin IL 60123-3288
13687405      Town of Cortland,    59 S Somonauk Rd,    POB 519,    Cortland IL 60112-0519
13687374     +Transworld Systems Inc,    9525 Sweet Valley Dr,    Valley View OH 44125-4237
13687384     +Trinity,    475 Sansome St. 19th Floor,    San Francisco CA 94111-3112
14423649     +Troy Vonderheide,    161 Joanne Ln,    DeKalb IL 60115-1907
13687524     +Vulcan Materials Company,    1000 E Warrenville Rd,    Suite 100,    Naperville IL 60563-2044
13687332     +WDEK-FM Radio,    c/o Fulbright & Associates,    1707 E State St,    P O Box 15101,
               Rockford, IL 61104-2451
13687315      WDKB-FM,    2201 N 1sr St., Suite 95,    DeKalb IL 60115
13687531     +Wendler Engineering Services, Inc,    698 Timber Creek Rd,    POB 486,    Dixon IL 61021-0486
13687404     +West Bend Mutual,    1900 S 18th Ave,    West Bend WI 53095-9791
13687330     +Yellow Book,    6300 C. St. SW,    Cedar Rapids IA 52404-7470
13857010     +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    P O Box 5126,
               Timonium, Maryland 21094-5126
13687529     +Zukowski, Rogers Flood & McArdle,    Gregory Preves,    50 Virginia St,
               Crystal Lake IL 60014-4126
13687340     +eWorldLinx, Inc,    248 Palmer Court,    DeKalb IL 60115-3283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13686032     +E-mail/Text: bankrup@nicor.com Feb 11 2012 02:05:58     (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
13687399      E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2012 03:40:10      84 Lumber,    POB 365,
               Eight Four, PA 15330-0365
13687386      E-mail/PDF: recoverybankruptcy@afninet.com Feb 11 2012 03:37:58       Afni, Inc,    404 Brock Dr,
               POB 3517,    Bloomington IL 61702-3517
13854899      E-mail/Text: legalcollections@comed.com Feb 11 2012 02:34:29      ComEd,    P O Box 6111,
               Carol Stream, IL 60197-6111
13872009     +E-mail/Text: legalcollections@comed.com Feb 11 2012 02:34:29      ComEd Co.,    2100 Swift Drive,
               Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
```

```
District/off: 0752-3          User: lorsmith              Page 3 of 5                   Date Rcvd: Feb 10, 2012
                              Form ID: pdf006             Total Noticed: 140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13687433      +E-mail/Text: legalcollections@comed.com Feb 11 2012 02:34:29       ComEd Company,
               Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
13687324      +E-mail/Text: joe.batie@eulerhermes.com Feb 11 2012 04:48:21       Euler Hermes UMA,   Don Paper,
               600 S 7th St,   Loursville Ky 40203-1968
13687327      +E-mail/Text: legal@fastenal.com Feb 11 2012 02:38:51       Fastenal Company,   POB 978,
               Winona MN 55987-0978
13687365       E-mail/Text: ebn@fmins.com Feb 11 2012 02:38:04       Frankenmuth Insurance,   One Mutual Ave,
               Frankenmuth MI 48787-0001
13686028      +E-mail/Text: jlewis@ksbwl.com Feb 11 2012 04:47:35       Hintzsche Oil,
               c/o Klein Stoddard Buck Waller & Lewis L,   2045 Aberdeen Court,   Sycamore, IL 60178-3140
13854839       E-mail/Text: cio.bncmail@irs.gov Feb 11 2012 02:02:11       Internal Revenue Service,
               Department of The Treasury,   Cincinnatti, OH 45999
17170795       E-mail/Text: cio.bncmail@irs.gov Feb 11 2012 02:02:11       Internal Revenue Service,
               PO Box 21126,   Philadelphia PA   19114
14049719       E-mail/Text: cio.bncmail@irs.gov Feb 11 2012 02:02:11       Internal Revenue Service,   PO Box 7346,
               Philadelphia PA   19101-7346
13687385      +E-mail/Text: tmcclean@senb.com Feb 11 2012 02:36:16       MBC Financial,   POB 1467,
               Moline IL 61266-1467
13687321       E-mail/Text: credit@rscrental.com Feb 11 2012 02:38:24       RSC Equipment Rental,   POB 840514,
               Dallas TX 75284-0514
13854895       E-mail/PDF: cbp@slfs.com Feb 11 2012 04:19:59       American General Finance,   630 Plaza Dr Ste 8,
               Sycamore, IL 60178-2794
13687357       E-mail/PDF: bankruptcyverizoncom@afni.com Feb 11 2012 03:37:59       Verizon North,   POB 9688,
               Mission Hills CA 91346-9688
14390470      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 11 2012 03:37:56       Verizon Wireless,
               POB 3397,   Bloomington IL 61702-3397
13687378      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 11 2012 03:37:56       Verzon Wireless,
               777 Big Timber Rd,   Elgin IL 60123-1401
13933491      +E-mail/Text: KATHY@EGBBL.COM Feb 11 2012 02:34:58       Wendler Engineering Services, Inc.,
               c/o Megan G. Heeg,   Ehrmann Gehlbach Badger & Lee,   P.O. Box 447,   Dixon, IL 61021-0447
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13687335       Allied Consultants
13687432*     +(NICOR) Northern Illinois Gas,   Attention Bankruptcy & Collections,   PO Box 549,
               Aurora IL 60507-0549
13687359*      Capital One Bank,   POB 30285,   Salt Lake City UT 84130-0285
13687393*     +Carol Mullis,   40 W Edward ST,   Lombard IL 60148-3853
13687383*     +Center Capital Corporation,   POB 330,   Hartford CT 06141-0330
13687390*     +Christian J Jorgensen/Dressler & Peters,   111 W Washington St.,   Suite 1900,
               Chicago IL 60602-2713
13687402*      Corporate Receivables Inc,   POB 32995,   Phoenix AZ 85064-2995
13687339*     +Graphic Matters,   1543 Moluf St,   DeKalb IL 60115-8911
14272943*     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn. Bankruptcy Unit - 10th flr.
13687396*     +JD Insulation,   2601 Pleasantview Ave,   Rockford IL 61108-7471
13687539*     +John Bogaert,   1108 Woodland Heights Blvd,   Streamwood IL 60107-2253
13687394*     +John Peters,   1524 Brentwood Dr,   Sycamore IL 60178-1085
13687397*      Menard's,   HSBC Business Solutions,   POB 4160,   Carol Stream IL 60197-4160
13687368*     +Mueller & Co. LLP,   2230 Point Boulevard Suite 700,   Elgin IL 60123-9205
13687403*     +RMS,   4836 Brecksville Rd,   POB 509,   Richfield OH 44286-0509
13687534*      Scott Vitkus & Ramona Lezcano,   319 Samuel Alden Dr,   Sycamore IL 60178
13687401*      Sears Commercial One,   POB 689131,   Des Moines IA 50368-9131
13687398*     +Sycamore Carpetland,   1719 DeKalb Ave,   Sycamore IL 60178-2707
13687344      ##+Big John Toilet Rentals,   2508 N Maryland Rd,   Polo IL 61064-9212
13687304      ##Corporate Receivables, Inc,   POB 32995,   Phoenix AZ 85064-2995
13687527      ##+Engstrom Ezcavating,   205 Industrial Dr,   DeKalb IL 60115-3933
13687533      ##+Gary Weber Assoc., Inc,   224 S Main St,   Wheaton IL 60187-5232
13687300      ##+John Bogaert,   1108 Woodland Heights Blvd,   Streamwood IL 60107-2253
13687387       ##RMS,   Janet Magee,   340 Interstate N Parkway,   POB 723001,   Atlanta GA 31139-0001
14432031      ##+Stock Building Supply,   1331 Davis Rd,   Elgin, IL 60123-1319
13687348      ##+Transworld Systems Inc,   Collection Agency,   POB 1864,   Santa Rosa CA 95402-1864
                                                                             TOTALS: 1, * 17, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith              Page 4 of 5                Date Rcvd: Feb 10, 2012
                              Form ID: pdf006             Total Noticed: 140
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2012**               **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith              Page 5 of 5                   Date Rcvd: Feb 10, 2012
                              Form ID: pdf006             Total Noticed: 140


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2012 at the address(es) listed below:
              Dennis A Dressler    on behalf of Creditor  Center Capital Corporation ddressler@dresslerpeters.com
              James M Philbrick    on behalf of Creditor  GMAC jmphilbrick@att.net
              Joseph D Olsen    on behalf of Accountant Jeff Rolezynski jolsenlaw@aol.com,   IL46@ECFCBIS.com
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Plaintiff Joseph Olsen jolsenlaw@aol.com
              Megan G Heeg    on behalf of Creditor   Wendler Engineering Services, Inc. heeg@egbbl.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen J Costello    on behalf of Creditor  MBC Financial Corp. steve@costellolaw.com
              Theodore  Liebovich    on behalf of Defendant  Century Building Supply, Inc.
               liebovich-weber@comcast.net
              Thomas E. Laughlin    on behalf of Debtor  Brian Grainger Construction Inc. tloff@aol.com
                                                                                              TOTAL: 10
```