**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: BRIAN GRAINGER CONSTRUCTION INC.  § Case No. 09-71081
§
PLUMBING, TOPLINE  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $216,976.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $32,091.98 | Claims Discharged Without Payment: $396,395.02 |
| Total Expenses of Administration: $15,919.52 | |

3) Total gross receipts of $ 48,011.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $48,011.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $248,881.21 | $9,691.50 | $9,691.50 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,919.52 | 15,919.52 | 15,919.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 120,760.56 | 414,094.07 | 39,514.98 | 22,400.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 446,886.45 | 375,270.96 | 0.00 |
| **TOTAL DISBURSEMENTS** | $120,760.56 | $1,125,781.25 | $440,396.96 | $48,011.50 |

  4) This case was originally filed under Chapter 7 on March 23, 2009. The case was pending for 38 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/23/2012          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

Case 09-71081   Doc 79   Filed 05/23/12   Entered 05/23/12 09:15:51   Desc Main
                         Document      Page 3 of 19

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 28 vacant lots located in the Township, areCo | 1110-000 | 20,399.00 |
| 10 x 25 Job Site Trailer | 1129-000 | 500.00 |
| 12 x 14 Job Site Trailer | 1129-000 | 500.00 |
| 1973 Chevrolet Value Van 5.7L V8 | 1129-000 | 500.00 |
| 1990 Steiger Bobcat Trailer | 1129-000 | 300.00 |
| 1996 Ford F350 7.3L Diesel 12' Box Truck | 1129-000 | 1,000.00 |
| 1996 Homemade Trailer | 1129-000 | 150.00 |
| 1999 Dodge Ram 3500 5.9L Diesel 10' Box Truck | 1129-000 | 490.00 |
| 1999 Ford F550 7.3L Diesel Flat bed Truck | 1129-000 | 490.00 |
| 2001 Imperial Tilt Deck Trailer | 1129-000 | 1,000.00 |
| 2002 Big Tex Gooseneck Trailer Model 22GN | 1129-000 | 3,500.00 |
| Two 20" Steel Shipping Containers | 1129-000 | 500.00 |
| Two Pace American Enclosed Trailers | 1129-000 | 2,500.00 |
| 1996 Bobcat X331 Mini Excavator | 1129-000 | 4,419.52 |
| Bobcat S300 Skid Steer | 1129-000 | 7,290.00 |
| Curb Planer Attachment | 1129-000 | 2,975.00 |
| Pallet Fork Attachment | 1129-000 | 300.00 |
| Snow Bucket - 8' wide | 1129-000 | 85.48 |
| Sale of equipment | 1221-000 | 1,089.91 |
| Interest Income | 1270-000 | 22.59 |
| **TOTAL GROSS RECEIPTS** | | **$48,011.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Center Capital Corporation | 4110-000 | N/A | 178,481.06 | 0.00 | 0.00 |
| 39S | Illinois Department of Employment Security | 4110-000 | N/A | 24,293.95 | 0.00 | 0.00 |
| 49 | Marcia Thompson | 4110-000 | N/A | 36,414.70 | 0.00 | 0.00 |
| | Ted Strack | 4110-000 | N/A | 442.00 | 442.00 | 442.00 |
| | Ted Strack | 4700-000 | N/A | 30.00 | 30.00 | 30.00 |
| | Century Building Supply, Inc. | 4120-000 | N/A | 9,219.50 | 9,219.50 | 9,219.50 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $248,881.21 | $9,691.50 | $9,691.50 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,511.25 | 5,511.25 | 5,511.25 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 856.53 | 856.53 | 856.53 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 6,491.25 | 6,491.25 | 6,491.25 |
| Office of the United States Trustee | 2990-000 | N/A | 650.00 | 650.00 | 650.00 |
| Chicago Title Insurance Company | 2500-000 | N/A | 946.00 | 946.00 | 946.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 23.80 | 23.80 | 23.80 |
| Ted Strack | 3510-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Ted Strack | 2500-000 | N/A | 39.00 | 39.00 | 39.00 |
| Ted Strack | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 29.87 | 29.87 | 29.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.47 | 69.47 | 69.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.21 | 84.21 | 84.21 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | -2.48 | -2.48 | -2.48 |
| The Bank of New York Mellon | 2600-000 | | N/A | 74.12 | 74.12 | 74.12 |
| The Bank of New York Mellon | 2600-000 | | N/A | 71.50 | 71.50 | 71.50 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $15,919.52 | $15,919.52 | $15,919.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 33 | Internal Revenue Service | 5800-000 | N/A | 169,409.99 | 0.00 | 0.00 |
| 33P-2 | Internal Revenue Service | 5800-000 | N/A | 19,209.05 | 0.00 | 0.00 |
| 33P-3 | Internal Revenue Service | 5800-000 | N/A | 19,209.05 | 0.00 | 0.00 |
| 33P-4 | Internal Revenue Service | 5800-000 | N/A | 19,209.05 | 19,209.05 | 10,889.34 |
| 39P | Illinois Department of Employment Security | 5800-000 | N/A | 16,575.39 | 16,575.39 | 9,396.35 |
| 40 | Illinois Department of Employment Security | 5800-000 | N/A | 3,730.54 | 3,730.54 | 2,114.79 |
| 42 | Internal Revenue Service | 5800-000 | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
| 43 | Illinois Department of Revenue | 5800-000 | 16,751.00 | 16,751.00 | 0.00 | 0.00 |
| 56 | Troy Vonderheide | 5800-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| NOTFILED | Illinois Envinronmental Protection Division Of Water | 5200-000 | 1,010.89 | N/A | N/A | 0.00 |
| NOTFILED | City Of DeKalb | 5200-000 | 1,799.88 | N/A | N/A | 0.00 |
| NOTFILED | Town Of Cortland | 5200-000 | 1,198.79 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $120,760.56 | $414,094.07 | $39,514.98 | $22,400.48 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | National Bank & Trust | 7100-000 | N/A | 360.87 | 0.00 | 0.00 |
| 1 -2 | National Bank & Trust | 7100-000 | N/A | 360.87 | 360.87 | 0.00 |
| 2 | National Bank & Trust | 7100-000 | N/A | 3,504.72 | 0.00 | 0.00 |
| 2 -2 | National Bank & Trust | 7100-000 | N/A | 3,504.72 | 3,504.72 | 0.00 |
| 3 | National Bank & Trust | 7100-000 | N/A | 1,736.58 | 0.00 | 0.00 |
| 3 -2 | National Bank & Trust | 7100-000 | N/A | 1,736.58 | 1,736.58 | 0.00 |
| 4 | RSC Equipment Rental | 7100-000 | N/A | 1,318.60 | 1,318.60 | 0.00 |
| 5 | Rochelle News-Leader | 7100-000 | N/A | 803.97 | 803.97 | 0.00 |
| 6 | Frankenmuth Insurance | 7100-000 | N/A | 3,700.00 | 3,700.00 | 0.00 |
| 7 | Vulcan Materials Company | 7100-000 | N/A | 5,019.06 | 0.00 | 0.00 |
| 8 | Rochelle Disposal Service Inc | 7100-000 | N/A | 1,194.17 | 1,194.17 | 0.00 |
| 9 | Lease Corporation of America | 7100-000 | N/A | 5,773.04 | 5,773.04 | 0.00 |
| 11 -2 | GMAC | 7100-000 | N/A | 5,193.00 | 5,193.00 | 0.00 |
| 12 | Connor Company Corporate Office | 7100-000 | N/A | 25,745.27 | 25,745.27 | 0.00 |
| 13 | Accident Fund Insurance Co | 7100-000 | N/A | 642.93 | 642.93 | 0.00 |
| 14 | TCS Computers | 7100-000 | N/A | 5,116.77 | 5,116.77 | 0.00 |
| 15 | MBC Financial | 7100-000 | N/A | 10,661.04 | 0.00 | 0.00 |
| 16 | Shaw Suburban Media | 7100-000 | N/A | 1,699.38 | 1,699.38 | 0.00 |
| 17 | Lawson Products, Inc Corporate Headquarters | 7100-000 | N/A | 963.55 | 963.55 | 0.00 |
| 18 | Acuity | 7100-000 | N/A | 4,696.00 | 4,696.00 | 0.00 |
| 19 | 84 Lumber | 7100-000 | N/A | 22,373.88 | 22,373.88 | 0.00 |
| 20 | Northern Illinois Disposal | 7100-000 | N/A | 158.71 | 158.71 | 0.00 |
| 21 | Yellow Book USA | 7100-000 | N/A | 4,895.00 | 4,895.00 | 0.00 |
| 23 | Dave & Rebecca Myroth | 7100-000 | N/A | 1,000.32 | 1,000.32 | 0.00 |
| 24 | ComEd Co. | 7100-000 | N/A | 5,508.24 | 5,508.24 | 0.00 |
| 25 | Thomas Chase | 7100-000 | N/A | 5,850.12 | 5,850.12 | 0.00 |
| 26 | T Mobile USA Inc | 7100-000 | N/A | 3,198.96 | 3,198.96 | 0.00 |
| 27 | Wendler Engineering Services, Inc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 28 -2 | Wendler Engineering Services, Inc. | 7100-000 | N/A | 33,881.59 | 33,881.59 | 0.00 |
| 29 | WDEK-FM Radio | 7100-000 | N/A | 5,024.00 | 5,024.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | Rockford Auto Glass | 7100-000 | N/A | 5,931.42 | 5,931.42 | 0.00 |
| 31 | Royer Asphalt Paving | 7100-000 | N/A | 4,288.00 | 4,288.00 | 0.00 |
| 32 | Accident Fund Insurance Co | 7100-000 | N/A | 642.93 | 642.93 | 0.00 |
| 33U-2 | Internal Revenue Service | 7100-000 | N/A | 25,166.61 | 0.00 | 0.00 |
| 33U-3 | Internal Revenue Service | 7100-000 | N/A | 25,166.61 | 0.00 | 0.00 |
| 33U-4 | Internal Revenue Service | 7100-000 | N/A | 25,166.61 | 25,166.61 | 0.00 |
| 34 | JD Insulation | 7100-000 | N/A | 22,353.00 | 22,353.00 | 0.00 |
| 35 | Mueller & Co LLP | 7100-000 | N/A | 12,250.00 | 12,250.00 | 0.00 |
| 36 | Sycamore Carpetland | 7100-000 | N/A | 6,119.69 | 6,119.69 | 0.00 |
| 37 | Gary Weber Assoc., Inc | 7100-000 | N/A | 4,058.14 | 4,058.14 | 0.00 |
| 38 | Vulcan Materials Company | 7100-000 | N/A | 5,086.28 | 5,086.28 | 0.00 |
| 39U | Illinois Department of Employment Security | 7100-000 | N/A | 1,130.00 | 1,130.00 | 0.00 |
| 41 | Michael Storandt | 7100-000 | N/A | 3,744.00 | 3,744.00 | 0.00 |
| 44 | Town of Cortland | 7100-000 | N/A | 1,783.37 | 1,783.37 | 0.00 |
| 45 | Town of Cortland | 7100-000 | N/A | 1,253.56 | 1,253.56 | 0.00 |
| 46 | Hintzsche Oil | 7100-000 | N/A | 42,139.19 | 42,139.19 | 0.00 |
| 47 | Carol Mullis | 7100-000 | N/A | 14,000.00 | 14,000.00 | 0.00 |
| 48 | Fastenal Company | 7100-000 | N/A | 331.14 | 331.14 | 0.00 |
| 50 | Cash Recovery LLC | 7100-000 | N/A | 47,812.40 | 47,812.40 | 0.00 |
| 51 | Illinois Environmental Protection | 7100-000 | N/A | 514.51 | 514.51 | 0.00 |
| 52 | Illinois Environmental Protection | 7100-000 | N/A | 514.51 | 514.51 | 0.00 |
| 53 | Verizon Wireless | 7100-000 | N/A | 2,784.76 | 2,784.76 | 0.00 |
| 54 | John Bogaert | 7100-000 | N/A | 2,363.00 | 2,363.00 | 0.00 |
| 55 | Troy Vonderheide | 7200-000 | N/A | 3,664.50 | 3,664.50 | 0.00 |
| 57 | Stock Building Supply | 7200-000 | N/A | 2,722.29 | 2,722.29 | 0.00 |
| 58 | Financial Management Services, Inc. | 7200-000 | N/A | 8,467.34 | 8,467.34 | 0.00 |
| 59 | Century Building Supply | 7200-000 | N/A | 11,810.65 | 11,810.65 | 0.00 |
| NOTFILED | Town Of Cortland | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Envinronmental Protection Division Of Water | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City Of DeKalb | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $446,886.45 | $375,270.96 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/09/09 (c)  
**§341(a) Meeting Date:** 05/20/09  

**Period Ending:** 05/23/12  

**Claims Bar Date:** 09/10/09  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  28 vacant lots located in the Township, areCo | 210,000.00 | 100,000.00 |    | 20,399.00 | FA |
| 2  Associated Bank checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 3  National Bank & Trust Co. checking account in ba | 0.00 | 0.00 | DA | 0.00 | FA |
| 4  Various receivables | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 5  Tax refund - Value could possibly increase due t | 138,000.00 | 0.00 | DA | 0.00 | FA |
| 6  See Response to # 18 above. of every nature, inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 7  10 x 25 Job Site Trailer | 1,000.00 | 0.00 |    | 500.00 | FA |
| 8  12 x 14 Job Site Trailer | 1,000.00 | 0.00 |    | 500.00 | FA |
| 9  1973 Chevrolet Value Van 5.7L V8 | 500.00 | 0.00 |    | 500.00 | FA |
| 10 1990 Steiger Bobcat Trailer | 300.00 | 0.00 |    | 300.00 | FA |
| 11 1996 Ford F350 7.3L Diesel 12' Box Truck | 1,000.00 | 0.00 |    | 1,000.00 | FA |
| 12 1996 Homemade Trailer | 150.00 | 0.00 |    | 150.00 | FA |
| 13 1999 Dodge Ram 3500 5.9L Diesel 10' Box Truck (See Footnote) | 490.00 | 0.00 |    | 490.00 | FA |
| 14 1999 Ford F550 7.3L Diesel Flat bed Truck | 490.00 | 0.00 |    | 490.00 | FA |
| 15 2001 Imperial Tilt Deck Trailer | 2,000.00 | 0.00 |    | 1,000.00 | FA |
| 16 2002 Big Tex Gooseneck Trailer Model 22GN | 4,500.00 | 0.00 |    | 3,500.00 | FA |
| 17 2005 Chevrolet 3500 Cargo Van 6.0L V8 | 8,070.00 | 0.00 | DA | 0.00 | FA |
| 18 2006 Chevrolet Silverado W/T 5.3L V8 Doc 19 File | 5,870.00 | 0.00 | DA | 0.00 | FA |
| 19 2006 Chevrolet Suburban 6.0L V8 | 19,950.00 | 0.00 | DA | 0.00 | FA |
| 20 2007 Ford F550 4x4, 6.0L Diesel, 10' Utility bod | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 21 Two 20" Steel Shipping Containers | 2,000.00 | 0.00 |    | 500.00 | FA |
| 22 Two Pace American Enclosed Trailers | 4,000.00 | 0.00 |    | 2,500.00 | FA |
| 23 Misc. Office Furniture | 700.00 | 0.00 | DA | 0.00 | FA |
| 24 1984 GMC Brigadier Dump Truck | 1,942.00 | 0.00 | DA | 0.00 | FA |
| 25 1996 Bobcat X331 Mini Excavator | 4,419.52 | 0.00 |    | 4,419.52 | FA |
| 26 Amida Portable Light Tower | 1,500.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/09/09 (c)  
**§341(a) Meeting Date:** 05/20/09  

**Period Ending:** 05/23/12  
**Claims Bar Date:** 09/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27 | oftw1999 Lull 8442C-42 | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | ms2000 Terex TB42 Manlift | 0.00 | 0.00 | DA | 0.00 | FA |
| 29 | Bobcat S300 Skid Steer | 7,290.70 | 0.00 |  | 7,290.00 | FA |
| 30 | Curb Planer Attachment | 2,975.00 | 0.00 |  | 2,975.00 | FA |
| 31 | Pallet Fork Attachment | 300.00 | 0.00 |  | 300.00 | FA |
| 32 | Snow Bucket - 8' wide | 500.00 | 0.00 |  | 85.48 | FA |
| 33 | Street Sweeper Broom Attachment | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 34 | ing,Bobcat Toothed Bucket | 400.00 | 0.00 | DA | 0.00 | FA |
| 35 | EZ-FGeneral Contracting tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 36 | tools used in business including, but not limite | 3,044.00 | 0.00 | DA | 0.00 | FA |
| 37 | Sale of equipment (u) | 0.00 | Unknown |  | 1,089.91 | FA |
| 38 | 28 Townhome, of DeKalb, IL and described with TI | 0.00 | 0.00 | DA | 0.00 | FA |
| 39 | Onl28 vacant lots located in the Township, areCo duplicate entry to #1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 40 | Associated Bank checking account duplicate entry to #2 | 0.00 | 0.00 | DA | 0.00 | FA |
| 41 | National Bank & Trust Co. checking account in ba duplicate entry to #3 | 0.00 | 0.00 | DA | 0.00 | FA |
| 42 | Various receivables duplicate entry to #4 | 0.00 | 0.00 | DA | 0.00 | FA |
| 43 | Tax refund - Value could possibly increase due t duplicate entry to #5 | 0.00 | 0.00 | DA | 0.00 | FA |
| 44 | See Response to # 18 above. of every nature, inc duplicate entry | 0.00 | 0.00 | DA | 0.00 | FA |
| 45 | 10 x 25 Job Site Trailer duplicate entry to #7 | 0.00 | 0.00 | DA | 0.00 | FA |
| 46 | 12 x 14 Job Site Trailer duplicate entry to #8 | 0.00 | 0.00 | DA | 0.00 | FA |
| 47 | 1973 Chevrolet Value Van 5.7L V8 duplicate entry to #9 | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  
**Period Ending:** 05/23/12  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/09/09 (c)  
**§341(a) Meeting Date:** 05/20/09  
**Claims Bar Date:** 09/10/09  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 48  1990 Steiger Bobcat Trailer  duplicate entry to #10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 49  1996 Ford F350 7.3L Diesel 12' Box Truck  duplicate entry to #11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 50  1996 Homemade Trailer  duplicate entry to #12 | 0.00 | 0.00 | DA | 0.00 | FA |
| 51  1999 Dodge Ram 3500 5.9L Diesel 10' Box Truck  duplicate entry to #13 | 0.00 | 0.00 | DA | 0.00 | FA |
| 52  1999 Ford F550 7.3L Diesel Flat bed Truck  duplicate entry to #14 | 0.00 | 0.00 | DA | 0.00 | FA |
| 53  2001 Imperial Tilt Deck Trailer  duplicate entry to #15 | 0.00 | 0.00 | DA | 0.00 | FA |
| 54  2002 Big Tex Gooseneck Trailer Model 22GN  duplicate entry to #16 | 0.00 | 0.00 | DA | 0.00 | FA |
| 55  2005 Chevrolet 3500 Cargo Van 6.0L V8  duplicate entry to #17 | 0.00 | 0.00 | DA | 0.00 | FA |
| 56  2006 Chevrolet Silverado W/T 5.3L V8 OBRA  duplicate entry to #18 | 0.00 | 0.00 | DA | 0.00 | FA |
| 57  2006 Chevrolet Suburban 6.0L V8  duplicate entry to #19 | 0.00 | 0.00 | DA | 0.00 | FA |
| 58  2007 Ford F550 4x4, 6.0L Diesel, 10' Utility bod  duplicate entry to #20 | 0.00 | 0.00 | DA | 0.00 | FA |
| 59  Two 20" Steel Shipping Containers  duplicate entry To #21 | 0.00 | 0.00 | DA | 0.00 | FA |
| 60  Two Pace American Enclosed Trailers  duplicate entry to #22 | 0.00 | 0.00 | DA | 0.00 | FA |
| 61  Misc. Office Furniture  duplicate entry to #23 | 0.00 | 0.00 | DA | 0.00 | FA |
| 62  1984 GMC Brigadier Dump Truck  duplicate entry to #24 | 0.00 | 0.00 | DA | 0.00 | FA |
| 63  1996 Bobcat X331 Mini Excavator  duplicate entry #25 | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  

**Period Ending:** 05/23/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/09/09 (c)  
**§341(a) Meeting Date:** 05/20/09  
**Claims Bar Date:** 09/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 64 | Amida Portable Light Tower<br>duplicate entry to #26 | 0.00 | 0.00 | DA | 0.00 | FA |
| 65 | oftw1999 Lull 8442C-42<br>duplicate entry to #27 | 0.00 | 0.00 | DA | 0.00 | FA |
| 66 | ms2000 Terex TB42 Manlift<br>duplicate entry to #28 | 0.00 | 0.00 | DA | 0.00 | FA |
| 67 | Bobcat S300 Skid Steer<br>duplicate entry to #29 | 0.00 | 0.00 | DA | 0.00 | FA |
| 68 | Curb Planer Attachment<br>duplicate entry to #30 | 0.00 | 0.00 | DA | 0.00 | FA |
| 69 | Pallet Fork Attachment<br>duplicate entry to #31 | 0.00 | 0.00 | DA | 0.00 | FA |
| 70 | Snow Bucket - 8' wide<br>duplicte entry #32 | 0.00 | 0.00 | DA | 0.00 | FA |
| 71 | Street Sweeper Broom Attachment<br>duplicate entry to #33 | 0.00 | 0.00 | DA | 0.00 | FA |
| 72 | ing,Bobcat Toothed Bucket<br>duplicate entry to #33 | 0.00 | 0.00 | DA | 0.00 | FA |
| 73 | EZ-FGeneral Contracting tools<br>duplicate entry #35 | 0.00 | 0.00 | DA | 0.00 | FA |
| 74 | tools used in business including, but not limite<br>duplicate entry #36 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 22.59 | Unknown |
| 75 | **Assets  Totals** (Excluding unknown values) | **$459,891.22** | **$100,000.00** | | **$48,011.50** | **$0.00** |

RE PROP# 13     Assets #39 through #74 are duplicative.

**Major Activities Affecting Case Closing:**

    28 vacant lots sold.  Preparing tax returns.  Need to review and object to proof of claims, if any.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  
**Period Ending:** 05/23/12

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/09/09 (c)  
**§341(a) Meeting Date:** 05/20/09  
**Claims Bar Date:** 09/10/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   February 15, 2012

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  
**Taxpayer ID #:** **-***6034  
**Period Ending:** 05/23/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-65 - Money Market Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/05/09 | {37} | American Funds | replacement check (for?) | 1221-000 | 44.91 | | 44.91 |
| 06/05/09 | {37} | Ritchie Bros. Auctioneers | sale of 42" digging bucket by auctioneer | 1221-000 | 1,045.00 | | 1,089.91 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,089.94 |
| 07/28/09 | | Carol Mullis | Bulk purchase of tools & supplies | | 26,500.00 | | 27,589.94 |
| | {7} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {8} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {9} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {10} | | | 300.00 | 1129-000 | | 27,589.94 |
| | {11} | | | 1,000.00 | 1129-000 | | 27,589.94 |
| | {12} | | | 150.00 | 1129-000 | | 27,589.94 |
| | {13} | | | 490.00 | 1129-000 | | 27,589.94 |
| | {14} | | | 490.00 | 1129-000 | | 27,589.94 |
| | {15} | | | 1,000.00 | 1129-000 | | 27,589.94 |
| | {16} | | | 3,500.00 | 1129-000 | | 27,589.94 |
| | {21} | | | 500.00 | 1129-000 | | 27,589.94 |
| | {22} | | | 2,500.00 | 1129-000 | | 27,589.94 |
| | {25} | | | 4,419.52 | 1129-000 | | 27,589.94 |
| | {29} | | | 7,290.00 | 1129-000 | | 27,589.94 |
| | {30} | | | 2,975.00 | 1129-000 | | 27,589.94 |
| | {31} | | | 300.00 | 1129-000 | | 27,589.94 |
| | {32} | | | 85.48 | 1129-000 | | 27,589.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 27,590.05 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,591.21 |
| 09/14/09 | | To Account #********6366 | Pay for title search by Chicago Title | 9999-000 | | 946.00 | 26,645.21 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 26,646.31 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 26,647.39 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,648.51 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,649.63 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 26,650.68 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 26,651.69 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 26,652.88 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.68 | | 26,653.56 |
| 04/20/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -26,653.56 | | 0.00 |

Subtotals: $946.00    $946.00

{} Asset reference(s)

Printed: 05/23/2012 09:14 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71081 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | **-***6034 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 05/23/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 946.00 | 946.00 | $0.00 |
| | | | Less: Bank Transfers | | -26,653.56 | 946.00 | |
| | | | **Subtotal** | | **27,599.56** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,599.56** | **$0.00** | |

{} Asset reference(s)                                                                      Printed: 05/23/2012 09:14 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  
**Taxpayer ID #:** **-***6034  
**Period Ending:** 05/23/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/09 |  | From Account #********6365 | Pay for title search by Chicago Title | 9999-000 | 946.00 |  | 946.00 |
| 09/14/09 | 101 | Chicago Title Insurance Company | Pay Chicago Title - search | 2500-000 |  | 946.00 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | **946.00** | **946.00** | **$0.00** |
|  |  |  | Less: Bank Transfers |  | 946.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | **0.00** | **946.00** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$946.00** |  |

{} Asset reference(s)

Exhibit 9

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  
**Taxpayer ID #:** **-***6034  
**Period Ending:** 05/23/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-65 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | | 9999-000 | 26,653.56 | | 26,653.56 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.56 | | 26,654.12 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 1.58 | | 26,655.70 |
| 06/04/10 | | To Account #9200******6366 | Payment of bond premium | | 9999-000 | | 22.10 | 26,633.60 |
| 06/08/10 | | To Account #9200******6366 | balance of bond premium | | 9999-000 | | 1.70 | 26,631.90 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 1.53 | | 26,633.43 |
| 07/15/10 | | Ted Strack | purchase of lots in Cortland, IL | | | 18,439.00 | | 45,072.43 |
| | {1} | | | 20,000.00 | 1110-000 | | | 45,072.43 |
| | | | realtor's commission | -1,000.00 | 3510-000 | | | 45,072.43 |
| | | | Title insurance | -442.00 | 4110-000 | | | 45,072.43 |
| | | | County and transfer taxes | -30.00 | 4700-000 | | | 45,072.43 |
| | | | recording fees | -39.00 | 2500-000 | | | 45,072.43 |
| | | | CUF fees | -50.00 | 2500-000 | | | 45,072.43 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.15 | | 45,074.58 |
| 08/02/10 | {1} | Chicago Title Insurance | reimbursement for over payment on title charges | | 1180-002 | 399.00 | | 45,473.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.70 | | 45,476.28 |
| 09/10/10 | | To Account #9200******6366 | Pymt for release of Memo of Judgment (per Ct. Order 9/8/10) | | 9999-000 | | 9,219.50 | 36,256.78 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.32 | | 36,257.10 |
| 10/04/10 | | To Account #9200******6366 | Transfer funds to pay IRS adjustment charges | | 9999-000 | | 22.42 | 36,234.68 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 36,234.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.29 | | 36,235.27 |
| 12/07/10 | | To Account #9200******6366 | Period 12/31/09 - Tax Form 1041 | | 9999-000 | | 15.54 | 36,219.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 36,220.03 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 36,220.33 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.27 | | 36,220.60 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 36,220.90 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.29 | | 36,221.19 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 36,221.49 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.29 | | 36,221.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 36,222.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 69.47 | 36,152.61 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 36,152.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 84.21 | 36,068.70 |

Subtotals :     $45,503.64     $9,434.94

{} Asset reference(s)                                                                       Printed: 05/23/2012 09:14 AM    V.13.02

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-65 - Checking Account

**Taxpayer ID #:** **-***6034  
**Period Ending:** 05/23/12

**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.48 | 36,071.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,071.47 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.12 | 35,997.35 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 35,997.65 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.50 | 35,926.15 |
| 11/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.27 | | 35,926.42 |
| 11/29/11 | | To Account #9200******6366 | Prep. of F. Rpt | 9999-000 | | 35,926.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,504.50 | 45,504.50 | $0.00 |
| | | | Less: Bank Transfers | | 26,653.56 | 45,207.68 | |
| | | | **Subtotal** | | 18,850.94 | 296.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,850.94** | **$296.82** | |

{} Asset reference(s)

Printed: 05/23/2012 09:14 AM    V.13.02

Case 09-71081   Doc 79   Filed 05/23/12   Entered 05/23/12 09:15:51   Desc Main
Document      Page 18 of 19

Exhibit 9

## FORM 2

### Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 09-71081 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BRIAN GRAINGER CONSTRUCTION INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-66 - Checking Account |
| Taxpayer ID #: | **-***6034 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 05/23/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******6365 | Payment of bond premium | 9999-000 | 22.10 | | 22.10 |
| 06/04/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71081, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 22.10 | 0.00 |
| 06/07/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71081, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -22.10 | 22.10 |
| 06/08/10 | | From Account #9200******6365 | balance of bond premium | 9999-000 | 1.70 | | 23.80 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71081, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 23.80 | 0.00 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71081, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -23.80 | 23.80 |
| 06/08/10 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71081, Bond Premium #016018067 | 2300-000 | | 23.80 | 0.00 |
| 09/10/10 | | From Account #9200******6365 | Pymt for release of Memo of Judgment (per Ct. Order 9/8/10) | 9999-000 | 9,219.50 | | 9,219.50 |
| 09/10/10 | 10105 | Century Building Supply, Inc. | Per Ct. Order of 9/8/10 | 4120-000 | | 9,219.50 | 0.00 |
| 10/04/10 | | From Account #9200******6365 | Transfer funds to pay IRS adjustment charges | 9999-000 | 22.42 | | 22.42 |
| 10/04/10 | 10106 | Department of the Treasury | Payment of adjustment by IRS Voided on 02/09/11 | 2810-003 | | 22.42 | 0.00 |
| 12/07/10 | | From Account #9200******6365 | Period 12/31/09 - Tax Form 1041 | 9999-000 | 15.54 | | 15.54 |
| 12/07/10 | 10107 | United States Treasury | Tax Period: 12/31/09 - Form 1041 Voided on 12/09/10 | 2810-003 | | 15.54 | 0.00 |
| 12/09/10 | 10107 | United States Treasury | Tax Period: 12/31/09 - Form 1041 Voided: check issued on 12/07/10 | 2810-003 | | -15.54 | 15.54 |
| 02/09/11 | 10106 | Department of the Treasury | Payment of adjustment by IRS Voided: check issued on 10/04/10 | 2810-003 | | -22.42 | 37.96 |
| 06/01/11 | 10108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-71081, BOND #016018067 | 2300-000 | | 29.87 | 8.09 |
| 11/29/11 | | From Account #9200******6365 | Prep. of F. Rpt | 9999-000 | 35,926.42 | | 35,934.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 35,909.51 |

Subtotals : $45,207.68   $9,298.17

{} Asset reference(s)

Printed: 05/23/2012 09:14 AM   V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 09-71081  
**Case Name:** BRIAN GRAINGER CONSTRUCTION INC.  
**Taxpayer ID #:** **-***6034  
**Period Ending:** 05/23/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/12 | 10109 | Yalden, Olsen & Willette | Dividend paid 100.00% on $6,491.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,491.25 | 29,418.26 |
| 03/14/12 | 10110 | JOSEPH D. OLSEN | Dividend paid 100.00% on $856.53, Trustee Expenses; Reference: | 2200-000 | | 856.53 | 28,561.73 |
| 03/14/12 | 10111 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,511.25, Trustee Compensation; Reference: | 2100-000 | | 5,511.25 | 23,050.48 |
| 03/14/12 | 10112 | Office of the United States Trustee | Dividend paid 100.00% on $650.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 650.00 | 22,400.48 |
| 03/14/12 | 10113 | Internal Revenue Service | Dividend paid 56.68% on $19,209.05; Claim# 33P-4; Filed: $19,209.05; Reference: | 5800-000 | | 10,889.34 | 11,511.14 |
| 03/14/12 | 10114 | Illinois Department of Employment Security | Dividend paid 56.68% on $16,575.39; Claim# 39P; Filed: $16,575.39; Reference: | 5800-000 | | 9,396.35 | 2,114.79 |
| 03/14/12 | 10115 | Illinois Department of Employment Security | Dividend paid 56.68% on $3,730.54; Claim# 40; Filed: $3,730.54; Reference: | 5800-000 | | 2,114.79 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 45,207.68 | 45,207.68 | $0.00 |
| Less: Bank Transfers | | 45,207.68 | 0.00 | |
| **Subtotal** | | 0.00 | 45,207.68 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $45,207.68 | |

| | |
|---|---:|
| Net Receipts : | 46,450.50 |
| Plus Gross Adjustments : | 1,561.00 |
| Less Other Noncompensable Items : | 399.00 |
| Net Estate : | $47,612.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **MMA # ***-*****63-65** | 27,599.56 | 0.00 | 0.00 |
| **Checking # ***-*****63-66** | 0.00 | 946.00 | 0.00 |
| **Checking # 9200-******63-65** | 18,850.94 | 296.82 | 0.00 |
| **Checking # 9200-******63-66** | 0.00 | 45,207.68 | 0.00 |
| | $46,450.50 | $46,450.50 | $0.00 |

{} Asset reference(s)

Printed: 05/23/2012 09:14 AM    V.13.02